**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISON**

| | | |
|---|---|---|
| **ANTONIO HALL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO:** |
| **v.** | ) | **1:26-cv-00007-JRH-BKE** |
| | ) | |
| **BLOCK, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>JOINT STIPULATION TO ARBITRATE AND STAY CASE</u>**

**COME NOW** Plaintiff Antonio Hall ("Plaintiff") and Defendant Block Inc. d/b/a Square, Inc. ("Block") (collectively, the "Parties"), and hereby submit this joint stipulation to arbitrate Plaintiff's claims against Block and stay the case pending its conclusion in arbitration, stating as follows:

1. Plaintiff's claims against Block are subject to arbitration pursuant to a binding and enforceable arbitration agreement.

2. The Parties have agreed to arbitrate any and all claims against one another in a binding arbitration proceeding before the American Arbitration Association pursuant to the arbitration agreement.

3. The Parties therefore respectfully request that this Court enter the Agreed Order attached hereto as Exhibit "A," which orders that all of the claims in this action be submitted to final, binding arbitration with the American Arbitration Association and stay Plaintiff's claims against Block in this proceeding pending the conclusion of arbitration.

4. Plaintiff is not waiving any right to challenge the arbitrability of the dispute.

5. Plaintiff has the right to assert the same claims and arguments before the Arbitrator that he could have otherwise asserted in this court.

6. Counsel for Block certifies that she has express permission from Plaintiff's counsel to file this motion on his behalf.

**WHEREFORE**, the Parties respectfully request this Court enter the Agreed Order attached hereto as Exhibit "A."

Respectfully submitted this 10th day of February, 2026.

*/s/ William R. McCracken (with express permission)*
William R. McCracken
Georgia Bar No. 486600
wrmlaw@aol.com
MCCRACKEN LAW OFFICE
505 Courthouse Lane
Augusta, Georgia 30901
Telephone: (706) 722-3758
Facsimile: (706) 722-3740

Attorney for Plaintiff
ANTONIO HALL

*/s/ Rachel R. Friedman*
Rachel R. Friedman
Georgia Bar No. 456493
rfriedman@burr.com
BURR & FORMAN LLP
1075 Peachtree Street NE, Suite 3000
Atlanta, GA 30309
Telephone: (404) 815-3000
Facsimile: (404) 817-3244

Attorney for Defendant
BLOCK INC. D/B/A SQUARE, INC.