# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISON**

| | | |
|---|---|---|
| **ANTONIO HALL,** <br><br> **Plaintiff,** <br><br> **v.** <br><br> **BLOCK, INC.,** <br><br> **Defendant.** | ) | **CIVIL ACTION NO: 1:26-cv-00007-JRH-BKE** |

**AGREED ORDER STAYING CASE AND COMPELLING BINDING ARBITRATION AS TO CLAIMS AGAINST BLOCK INC. D/B/A SQUARE, INC.**

Pursuant to the agreement of Plaintiff Antonio Hall ("Plaintiff") and Defendant Block Inc. d/b/a Square, Inc. ("Block") (collectively, the "Parties"), it is hereby **ORDERED** and **ADJUDGED** that:

1. Plaintiff and Block will advance any and all claims against one another in a binding arbitration proceeding before the American Arbitration Association ("AAA") as provided for in the governing arbitration agreement.

2. Plaintiff's claims in this proceeding against Block are stayed until the resolution of the arbitration.

DONE and ORDERED this ______ day of __________________, 2026.

______________________________
JUDGE